```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF MISSISSIPPI
                WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 5:07-CR-5-DCB-JCS

MICHAEL CHATMAN, JR.


ORDER OF RECUSAL

    The above styled and numbered cause comes on sua sponte pursuant to Title 28 U.S.C. Section 455 which provides that any justice, judge or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned, and the undersigned, having carefully reviewed this matter and being advised by the parties of the nature of this case, finds that there are certain non-waivable grounds under 28 U.S.C. Section 455(b) which would require that he be disqualified from further participation in this case.

    IT IS, THEREFORE, ORDERED that the undersigned hereby recuses himself from further participation in this case.

    SO ORDERED, this the 7th day of February, 2007.


                                        s/David Bramlette
                              UNITED STATES DISTRICT JUDGE